NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES STEEL CORPORATION,**
*Plaintiff-Appellee,*

AND

**NUCOR CORPORATION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**ESSAR STEEL LIMITED,**
*Defendant-Appellant.*

---

2012-1621

---

Appeal from the United States Court of International Trade in No. 08-CV-0216, Senior Judge Thomas J. Aquilno, Jr.

---

**JUDGMENT**

---

ELLEN J. SCHNEIDER, Skadden, Arps, Slate, Meagher & Flom, LLP, of Washington, DC, argued for plaintiff-appellee, United States Steel Corporation. With her on the brief were ROBERT E. LIGHTHIZER, JEFFREY D. GERRISH, and LUKE A. MEISNER. Of counsel was JAMES C. HECHT.

MAUREEN E. THORSON, Wiley Rein LLP, of Washington, DC, argued for plaintiff-appellee, Nucor Corporation. With her on the brief were ALAN H. PRICE and TIMOTHY C. BRIGHTBILL. Of counsel was TESSA V. CAPELOTO.

DAVID D'ALESSANDRIS, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director. Of counsel on the brief was DEVIN S. SIKES, Attorney, Office of Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

MARK P. LUNN, Arent Fox, LLP, of Washington, DC, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MAYER, AND PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2013          /s/ Jan Horbaly
     Date                        Jan Horbaly
                                     Clerk